Rossy, Demandante y Apelado, v. Fernández, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. contra resolución denegando la aprobación de la exposición del caso en un pleito sobre cobro de honorarios de abogado.

Moción de la parte apelada para que se desestime la apelación por ser inapelable la resolución apelada.

No. 1202.—Resuelto en diciembre 18, 1914.

Desestimación de Apelación—Exposición del Caso—Orden Denegando su Aprobación.—Una orden denegando la aprobación de una exposición del caso, es apelable.

Exposición del Caso—Orden Denegando su Aprobación—Interpretación de la Regla 64 de Este Tribunal.—El procedimiento establecido en la regla 64 del reglamento de este tribunal no es exclusivo, ni impide el que la parte perjudicada pueda apelar contra la orden denegando la aprobación de una exposición del caso.

Prórroga Concedida Después de Vencido el Término—Exposición del Caso.—Una prórroga concedida después de vencido el término es nula y debe denegarse la aprobación de una exposición del caso presentada dentro de dicha prórroga nula.

Los hechos están expresados en la opinión.

El apelado compareció en nombre propio.

Abogado de la apelante: Sr. Luis Samalea Iglesias.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

En el presente caso en el cual se interpuso apelación contra una orden dictada por la Corte de Distrito de San Juan denegando la aprobación de una exposición del caso el apelado presentó una moción para que la apelación fuera desestimada. Dicha moción se funda en el hecho de que la regla 64 del Reglamento del Tribunal Supremo de Puerto Rico concede un remedio al apelante para el caso de que la corte inferior se negare a aprobar una exposición del caso o pliego

de excepciones.   Ya tuvimos ocasión de considerar esta cuestión en el caso de *Ríos et al.* v. *Ríos,* 15 D. P. R., 280, en el cual resolvimos que si bien el apelante podría fundarse en la regla 64 de este tribunal, era sin embargo, un remedio natural para presentar la cuestión a la consideración de este tribunal la apelación interpuesta contra una orden dictada después de la sentencia y no vemos razón por la que debamos cambiar de parecer.   La moción para desestimar la apelación debe ser declarada sin lugar.

Pasando ahora a considerar los méritos de la apelación nos encontramos con que el apelante en 3 de julio presentó una moción solicitando prórroga para archivar la exposición del caso; la apelación, sin embargo, fué interpuesta el día 22 de junio y el término para presentar dicha exposición del caso había vencido en 2 de julio; por tanto la Corte de Distrito de San Juan no tenía facultad para prorrogar el término para la presentación de la referida exposición.   Hemos resuelto en el día de hoy una cuestión semejante en el caso de *Ex parte Delíz et al.* v. *Franco,* en el cual resolvimos que una prórroga concedida después de vencer el día fijado por la ley para presentar la exposición del caso no podía beneficiar al apelante y citamos en dicho caso todas las autoridades.   No establece diferencia alguna, como alega el apelante, el hecho de que el apelado no hubiera hecho ninguna moción en la corte inferior puesto que la corte carecía de facultades para aprobar la exposición del caso en tales circunstancias, habiendo procedido dicha corte correctamente al negarse a aprobarla.

Debe confirmarse la orden apelada.

> *Denegada la moción de desestimación y confirmada la orden apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Aldrey.

Los Jueces Asociados Sres. Del Toro y Hutchison firmaron haciendo constar estar conformes con la resolución.